

August 25, 2022

RE: Brian Jackson

To Whom It May Concern,

This letter serves to confirm that Brian Jackson was employed at Melton Electrical & Structured Cabling from the date of hire (June 28, 2021) through the date last worked prior to his arrest (June 3, 2022).

Sincerely,

John Lister
Chief Financial Officer

2309 Karbach Street – P.O. Box 920699 – Houston, Texas 77292-0699 – Phone 713-680-0011 – Fax 713-956-4947 – TECL #17513

Regulated by the Texas Department of Licensing and Regulation, P.O. Box 12157, Austin, Texas 78711, 1-800-803-9202, 512-463-6599; website: www.tdlr.texas.gov