# EXHIBIT 6

Brian Jackson
Charge: DEADLY CONDUCT
Arresting Charge: AGG ASSAULT W/DEADLY WEAPON

Cause Number: 076968401010
Case Type: FELONY CASES
Court Number: 178
File Date: 12/1/1997
Bond: 010000
Agency: HARRIS COUNTY SHERIFF (TX1010000)
DA Log Number: 358443
OR Number: 9706012523
Offense Date: 06/01/1997
Officer Name: SIMONSEN, LAWRENCE ERI
Transaction Number: 358415
Current Instrument: FID-FELONY INDICTMENT
Grand Jury: FID-12/01/1997
Case Status: DISPOSED
Next Court Date: 3/13/1998
Disposition Category: CONVICTED
Disposition: LESSER OFF. GUILTY PLEA - NO JURY
Sentence: 90 DAYS HCJ
Disposition Date: 3/13/1998


THIS UNIT#4481 WAS DISPATCHED AT APPROX.2358 HRS. TO A
SHOOTING DISTURBANCECALL AT 1007 S.MASON (COPPER CHASE APTS.).
WHEN THIS UNIT ARRIVED I MEETWITH THE COMPLAINANTS:#1-
COOPER,LAWSON DOUGLAS W/M DOB:05-04-79 #2-GORCZYCA,JASON
JOSEPH W/M DOB:03-26-78 AND #3-BELL,JAY WILLIAM W/M DOB:06-14-
78 WHOSTATED THAT THEY HAD BEEN FIRED UPON BY A KNOWN SUSPECT
TO THEM FROM A REDMUSTANG TX.LIC.#WPD95B. C01 AND C02 HAD
BEEN IN ONE VEHICLE AND C03 HADBEEN IN ANOTHER VEHICLE.
COMP.VEH#1(C01 & C02) WAS IN FRONT OF BLD.#19 HEADING
EASTBOUND WHEN THE SUSP.VEH#1(RED MUSTANG) WAS HEADING
WESTBOUND SHOTONE(1) ROUND AT COMP.VEH#1.BOTH C01 & C02
IDENTIFIED THE SHOOTER TO BEADAM JACKSON WHO WAS SITTING ON
THE PASSENGER DOOR(HANGING OUT WINDOW) POINTING A SMALL
CALIPER RIFLE(POSSIBLE 22) OVER THE ROOF OF THE MUSTANG
FIREONE(1) SHOT AT THEM. NEITHER C01 OR C02 WERE INJURIED, BUT
THEY BOTH WEREBADLY SHAKEN UP. BOTH C01 & C02 STATED THAT THEY
WANTED TO PRESS CHARGESAGAINST ADAM JACKSON. BOTH ALSO SAID
THAT ADAM'S BROTHER SCOTT JACKSON WASWITH HIM(ADAM) ALONG
WITH ISAAC STEADMAN. ANOTHER SUSP.VEH#2(BLK 96-97 PONTIAC
SUNFIRE)DRIVEN BY AMBER MCKNIGHT WITH JASON TART WAS RIGHT
BEHIND SUSP.VEH#1 DURING THE DRIVE-BY SHOOTING.
COMP.VEH#2(C03 ) WAS TRAVELLING NORTH-BOUND IN THE PARKING
LOT BETWEEN BLD.#15 AND BLD.#29 WHEN SUSP.VEH#1 TRAVELLING
SOUTHBOUND SHOT ONE(1) ROUND AT HIM. C03 SAID HE SAW

SUSP.VEH#1 COMEAROUND THE CORNER WITH A PERSON HANGING OUT THE WINDOW(SITTING ON THE DOOR)AND HE IMMEDIATELY SLAMMED ON THE BRAKES TO HIS CAR AND DUCKED DOWN HIS HISVEHICLE WHEN HE HEARD A ROUND GO OFF. HE ALSO STATED THAT THE SHOOTER WASHOLDING A SMALL CALIPER RIFLE ACROSS THE ROOF OF THE RED MUSTANG. THE C03HOWEVER WAS NOT EXACTLY SURE IF THE SHOOTER WAS ADAM JACKSON WHO HE ALSOKNOWS BY SIGHT. THE C03 SAID THAT HE HAD BEEN ASSAULTED BY ADAM JACKSON,APPROX. TWO(2) WEEKS PREVIOUS TO THIS DRIVE-BY SHOOTING, BUT WHEN HE SAW APERSON HANGING OUT THE WINDOW; HE DIDN'T REALLY LOOK AT THAT PERSON BUT DUCKED DOWN FOR HIS SAFETY. THIS UNIT WAS APPROACHED BY WITNESS#01:GARZA,FLOR-ENTINO JR. H/M DOB:08-21-64 WHO STATED THAT APPROX. FIVE(5) MINUTES BEFORETHE SHOOTING, HE SAW THE SUSP.VEH#1 STOP BACK BY BLDS.#19 & #20 AND HEARDONE(1) SUSP. YELL AT TWO(2) OTHER SUSPS. WHO WERE RUNNING TOWARDS BLD.#19;TO,"GO GET THE GUN." WHEN ONE OF THE SUSP. TALKED TO W01 , HE SAID THAT ONEOF HIS BUDDIES HAD GOT JUMPED AND BEATEN UP AND THEY WERE GOING TO TAKE CARE OF IT. W01 ASKED THE SUSP. WHAT WAS THE DEAL ABOUT A GUN;THE SUSP. SAID"DON'T WORRY ABOUT IT, MY FRIENDS WERE JUST TALKING BECAUSE THEY'RE JUSTDRUNK."W01 THEN TOLD THE SUSP. "WHY DON'T YOU'LL JUST CALL IT A NIGHT,"ANDTHEIR CONVERSATION WAS INTERRUPTED WHEN THE TWO RETURNING SUSPS. CAME BACKRUNNING AND SAID,"WE'VE GOT THE GUN." THE SUSP TOLD THEM TO SHUT UP ANDTHEY ALL GOT BACK INTO THE MUSTANG AND TOOK OFF. A FEW MINUTES LATER, W01HEARD ONE AND THEN A FEW MOMENTS LATER ANOTHER GUNSHOT. W01 HAD NO ADDITIONAL INFORMATION BUT STATED HE PROBABLY COULD IDENTIFY THE SUSPS. IN THE REDMUSTANG. THIS UNIT THEN TALKED TO WITNESS#2:CRYSTAL JO-REY HARTMAN W/F DOB:01-04-80 AND SHE STATED THAT SHE SAW S01 AND S02 WITH J01 IN THE RED MUST-ANG ALONG WITH S03 AND S04 IN SUSP.VEH.#2(BLK. 96-97 PONTIAC SUNFIRE) PARK-ED IN THE PARKING LOT OF THE QUICK TRIP FOOD MART DIRECTLY ACROSS THESTREET FROM THE COPPER CHASE APTS. AT 930-N SOUTH MASON ROAD AT APPROX.2330 HRS.. W02 KNOWS THE SUSPS. BOTH BY NAME AND BY SIGHT. W02 STATED SHEDID NOT SEE ANY WEAPON DISPLAYED WHEN THEY WERE PARKED IN THE QUICK TRIPPARKING LOT. THIS UNIT WAS UNABLE TO COLLECT ANY EVIDENCE FROM EITHER SCENE(SHELL CASING(S) OR BULLET FRAGMENTS)-NONE FOUND. ALL THREE COMPLAINANTSSAID THEY BELIEVED THAT THE SUSPS. USED A SMALL CALIPER RIFLE(POSSIBLE 22)AND THAT IT WAS BOLT ACTION; DUE TO THE LACK OF ADDITIONAL ROUNDS FIRED ATTHEM.THIS UNIT CONTACTED THE D.A.'S OFFICE AT APPROX. 0219 HRS. AND SPOKETO FELONY A.D.A. LAWRENCE. AFTER RELAYING THE ABOVE INFORMATION TO HIM; A.D.A. LAWRENCE ACCEPTED CHARGES OF : AGGRAVATED ASAULT / DEADLY WEAPON

Brian Jackson

Charge: AGG ROBBERY-DEADLY WPN

Cause Number: 104510401010
Case Type: FELONY CASES
Court Number: 209
File Date: 10/27/2005
File Location: CENTRAL RECORDS [CER]
File Status: RECEIVED IN [BERMUDEZ_JOSE @ 5/4/2012]
Case Assigned To: FELONY []
Bond: 000000
Agency: HOUSTON POLICE DEPARTMENT (TXHPD0000)
DA Log Number: 1102821

OR Number: 152818405
Offense Date: 10/06/2005
Officer Name: GUIDRY, CO
Transaction Number: 1102821
Current Instrument: FID-FELONY INDICTMENT
Grand Jury: FID-12/09/2005
Case Status: DISPOSED
Next Court Date: 9/18/2006
Disposition Category: CONVICTED
Disposition: GUILTY PLEA-NO JURY
Sentence: 15 YEARS TDC
Disposition Date: 9/18/2006


ON 10-6-05 COMPLAINANT FRANK DELROSSO WAS IN HIS APARTMENT,1335 SILVERADO#2611. THE COMPLAINANT WAS ARMED WITH A 40 CALIBER GLOCK. THE FRONT DOOROF THE APARTMENT WAS KICKED IN AND THREE WHITE MALE SUSPECTS ENTERED THEAPARTMENT. THE COMPLAINANT KNEW THE MALES AS BRIAN S JACKSON, JONATHANJACKSON AND ERIC WATERS. THE SUSPECTS PUSHED THE COMPLAINANT TO THE FLOORAND DEFENDANT BRIAN S JACKSON PUNCHED HIM IN THE FACE WITH HIS FIST.SUSPECTERIC WATERS TOOK THE HANDGUN FROM THE COMPLAINANT AND THE COMPLAINANTBELIEVED HE WAS GOING TO BE KILLED. THE COMPLAINANT RAN FOR THE APARTMENTDOOR BUT THE SUSPECTS CAUGHT HIM AND PUSHED HIM TO THE BEDROOM FLOOR.DEFENDANT BRIAN S JACKSON HELD THE COMPLAINANT TO THE FLOOR WHILE SUSPECTJONATHAN JACKSON POINTED THE HANDGUN AT THE COMPLAINANT AND DEMANDED THECODE FOR A SAFE IN THE ROOM. COMPLAINANT DELROSSO REFUSED TO GIVE THE CODEAS THE SAFE WAS EMPTY AND HE BELIEVED HE WAS GOING TO BE KILLED. SUSPECTERIC WATERS SEARCHED THE ROOM AND TOOK $300.00 CASH. SUSPECT JONATHANJACKSON TOOK THE HAND GUN AND ALL OF THE SUSPECTS LEFT THE APARTMENT.THIS INCIDENT WAS

RECORDED ON A SURVEILLANCE SYSTEM THAT THE COMPLAINANTHAS SET UP INSIDE AND OUTSIDE OF HIS APARTMENT. THE COMPLAINANT PROVIDEDA COPY OF THE RECORDING TO DETECTIVE GUIDRY. THE DETECTIVE COMPLETED THREESEPARATE PHOTO ARRAYS WITH PICTURES OF THE SUSPECTS IN THIS CASE.COMPLAINANT DELROSSO POSITIVELY IDENTIFIED EACH SUSPECT. SPECIAL CRIMESPROSECTOR GOODHART ISSUED POCKET WARRANT FOR THE ARREST OF EACH SUSPECT.DEFENDANT JONATHAN JACKSON WAS ARRESTED AND CHARGE WITH AGGRAVATED ROBBERYIN THE 262ND DC ON 10-26-05. DEFENDANT BRIAN S JACKSON WAS ARRESTED ANDGAVE A VIDEO RECORDED INTERVIEW. ADA SPALDING, FROM THE 262ND DC, ACCEPTEDTHE CHARGE OF AGGRAVATED ROBBERY ON DEFENDANT BRIAN SCOTT JACKSON.


Adam Jackson

Charge: AGG ASSAULT W/DEADLY WEAPON

Cause Number: 076968501010

CDI: 003
Case Type: FELONY CASES
DA Log Number: 386830
OR Number: 9706012523
Offense Date: 06/01/1997
Officer Name: PAGE, THOMAS
Transaction Number: 386830
This Case Was Referred to the Grand Jury
Grand Jury Court: G232
Grand Jury Date: 12/1/1997
Grand Jury Rotation Court: 178
Grand Jury Bond: 010000
Court: 178
Agency: HARRIS COUNTY SHERIFF
Filing Date: 12/1/1997
Defendant Status: DISPOSED
Instrument Type: MAJ [MAJ]
Judgment Description: DEFERRED ADJUDICATION TERMINATED
Disposition Date: 4/28/1998
Case Status: COMPLETE FINAL DISPOSITION, NO ACTIVITY EXP
Case Status Code: C
Case Completion Date: 4/28/2008
NCIC Code: 130119
Offense Penal Code: 22.02
Offense Class: F2
Summary of Facts:

ON JUNE 1, 1997, THE DEFENDANTS ADAM JACKSON, SCOTT JACKSON, JOSHUA LONG,AND JULIE HUDSON, WERE HANGING OUT

WITH SEVERAL FRIENDS AT THE QUICK MARTLOCATED IN KATY TX. NEXT TO PATRICK'S LIQUOR STORE. WHEN THE COMPLAINANTJAY BELL DROVE BY NOTICING ADAM JACKSON WHO HE HAS HAD AN ONGOING FUEDWITH. WHEN JAY SAW HIM THERE HE PULLED INTO THE STOP N GO PARKING LOT THATIS NEXT TO THE QUICK MART. HIS FRIENDS WERE IN TWO VEHICLES THAT WEREFOLLOWING HIM AND THEY PULLED ONTO THE PARKING LOT ALSO. JAY AND HISFRIENDS THEN EXITED THEIR VEHICLE AND STARTED TOWARD ADAM JACKSON AND HISFRIENDS. JAY AND A COUPLE OF HIS FRIENDS WERE CARRYING BASEBALL BATS ANDWHEN ADAM JACKSON AND THE OTHERS NOTICED THIS THEY GOT INTO THEIR CARS ANDBEGAN TO LEAVE. JAY SWONG AT A BLACK SUNFIRE WHICH IS OWNED BY AMBERMCKNIGHT BUT MISSED AND FELL TO THE GROUND. THE FOUR DEFENDENTS WERE INJULIE HUDSON'S RED MUSTANG. WHEN THEY EXITED THE QUICK MART THEY DROVE TOTHE COPPER CHASE APARTMENTS LOCATED AT 1007 MASON RD. WHEN THEY GOT THEREJULIE TURNED OFF HER LIGHTS AND DROVE TO THE BACK OF THE COMPLEX. WHENTHEY GOT TO THE BACK OF THE COMPLEX JULIE STOPPED INFORNT OF BUILDINGNUMBER 19, BLOCKING FLORENTINO GARZA'S VEHICLE IN. FLORENTINO WAS IN HISCAR AT THE TIME HE WAS BLOCKED IN AND IT AROUSED HIS SUSPICIONS ABOUT WHATTHEY WERE DOING. HE THEN NOTICED ADAM AND SCOTT GET OUT OF THE CAR AND SAY"LETS GO GET THE GUN". AT THAT POINT HE ASKED JOSH LONG WHAT THEY WEREDOING, AND WHAT IS THIS TALK ABOUT GETTING A GUN. JOSH LONG TOLD HIM THATONE OF HIS FRIENDS HAD GOTTEN JUMPED AND WE ARE GOING TO "TAKE CARE OF SOMEBUSINESS". FLORENTINO THEN NOTICED ADAM AND SCOTT RUNNING FORM THEAPARTMENT BUILDING SAYING "WE GOT IT, WE GOT IT". FLORENTINO SAID THATWHILE HE WAS TALKING TO JOSH THE RED MUSTANG HAD TURNED AROUND BUT HE DIDNOT SEE THE DRIVER. AFTER SCOTT AND ADAM CAME BACK THEY ALL GOT BACK INTOTHE RED MUSTANG. BEFORE THEY LEFT FLORENTINO PULLED OUT AHEAD OF THEM.THE RED MUSTANG THEN STARTED OUT OF THE COMPLEX WHEN IT CAME ACROSS THECOMPLAINANT JASON GORCZYCA'S VEHICLE. AT THAT POINT

ADAM JACKSON HUNG OUTOF THE PASSENGER WINDOW WITH A .22 RIFLE AND FIRED AT THEM ONE TIME. THEMUSTANG KEPT ON GOING AND ABOUT 100 YARDS FURTHUR WHEN IT CAME ACROSS JAYBELL'S VEHICLE AND ADAM HUNG OUT OF THE PASSENGER WINDOW AGAIN AND SHOT ATHIM ONE TIME. THE RED MUSTANG THEN EXITED THE COMPLEX.DURING MY INVESTIGATION I WAS CONTACTED BY AN UNIDENTIFIED MALE WHOINFORMED ME THAT THE RED MUSTANG WAS OCCUPIED BY THE FOUR DEFENDENTS LISTEDAND THAT THE WEAPON USED WAS STOLEN FROM A KATY DOG CATCHERS TRUCK IN OLDKATY. THE GUN WAS THROWN IN A POND THAT IS LOCATED AT THE NORTH EASECORNER OF I-10 AND GRAND PARKWAY.I CONTACTED THE KATY POLICE AND CONFIRMED THAT THERE HAD BEEN A .22 RIFLESTOLEN FORM THE DOG CATCHERS TRUCK. WITH THE ASSISTANCE OF THE KATY VOL.FIRE DEPT. THE GUN WAS FOUND IN THE POND DESCRIBED.THE GUN WAS IDENTIFIED BY COMPLAINANTS JASON GORCZYCA AND LAWSON COOPER.THE GUN WAS ALSO IDENTIFIED BY ISSAC STEADMAAN WHO IS AN AQUANTANCE OF THESUSPECTS.THE SUSPECTS WERE PICKED OUT IN A PHOTO SPREAD BY FLORENTINO GARZA, JASONGORCZYCA, AND LAWSON COOPER.