# EXHIBIT 8

**Thread** (2254921301290889)
**Current Participants** 2021-10-13 18:14:23 UTC
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Brian Jackson (Facebook: 100016480242815)

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent** 2021-01-09 15:40:19 UTC
**Body** Shits get reals n we get ready to go to civil war bring your family over here have us a lil compound or something set up out here I got my buddy's n family meeting here figured more the Marier

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-09 15:41:11 UTC
**Body** True that I mean after all I tbink we started the beginning of a revolution

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-09 15:42:15 UTC
**Removed by Sender** 2021-01-09 15:44:25 UTC
**Body** You unsent a message

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-09 15:42:15 UTC
**Removed by Sender** 2021-01-09 15:44:21 UTC
**Body** You unsent a message

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent** 2021-01-09 15:42:53 UTC
**Body** It's going to come down to it and we're going to have to take back our great country I'm not surrendering any of my weapons I'll die a free man with a gun in my hands bubba

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-09 15:43:19 UTC
**Body** I hear ya and I'm with ya fuck NWO !!!

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-09 15:43:36 UTC
**Body** Delete those videos

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent** 2021-01-09 15:43:41 UTC
**Body** Hell yea on the front line with the locs I see helm yea

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent** 2021-01-09 15:43:48 UTC
**Body** Will do

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent** 2021-01-09 15:45:47 UTC
**Body** You still in Washington or back in Texas

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-09 15:46:16 UTC
**Body** Back home got in Thursday around 5pm

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent** 2021-01-09 15:48:17 UTC
**Body** Oh hell you n the gang get into any fights up there

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-09 15:50:00 UTC
**Body** A couple chased a few niggers off to on the streets too bitches talking shit then catch that pussy and run ain't nothing but niggers there even all the cops are black fucking crazy I will never take my ass back to DC!!!

**Author** ▮
**Sent** 2021-01-09 15:51:54 UTC
**Body** To far north for me n my southern ass n fuck them giga boos white man going to have take this great nation back over

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-09 15:52:57 UTC
**Body** It's fucking nasty there nothing but homeless niggers camping out on the streets begging for money

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-09 15:53:19 UTC
**Body** The north sucks big nigger dick

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-09 15:53:26 UTC
**Body** Justin missed your video chat.

**Author** ▮
**Sent** 2021-01-09 15:58:51 UTC
**Body** I believe it I've been told them Yankees are for them selfs n that it not like down here when your down n out someone going to lend a helping hand

\*\*\*

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-12 02:29:08 UTC
**Body** Right now we gotta get that workout on

**Author** [redacted]
**Sent** 2021-01-12 02:34:30 UTC
**Body** No pecks no sex treat him don't beat him

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-12 02:42:30 UTC
**Body** Lmao yup

**Author** [redacted]
**Sent** 2021-01-12 02:49:32 UTC
**Body** Don't forget legs days if not I can loan you my Tony Horton beach body I'm up every morning at 330 working n got legs n ass out college girl to shame

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-12 02:53:41 UTC
**Body** Lol I got plenty of legs during the trump rally all that walking I did 😆😆😆

**Author** [redacted]
**Sent** 2021-01-12 03:01:52 UTC
**Body** Sitting on the front lines busting off in the senate hell yea

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-12 03:03:58 UTC
**Body** Delete after you see it

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-12 03:04:06 UTC
**Removed by Sender** 2021-01-12 03:07:23 UTC
**Body** You unsent a message

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-12 03:04:34 UTC
**Removed by Sender** 2021-01-12 03:07:19 UTC
**Body** You unsent a message

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-12 03:05:07 UTC
**Removed by Sender** 2021-01-12 03:07:29 UTC
**Body** You unsent a message

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-12 03:05:08 UTC
**Body** Delete delete delete 😆😆

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-12 03:07:11 UTC
**Body** We also drank some whiskey 😜

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-12 03:07:21 UTC
**Removed by Sender** 2021-01-12 03:09:19 UTC
**Body** You unsent a message