# EXHIBIT 9

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-01-17 05:02:56 UTC
**Body** Be safe leaving the bar tam I know you don't always have your gun on you and I worry I'm not drinking tonight so this is not a drunk txt all I ask is for communication from you ok be safe my love I do worry !!!

***

**Author** Tamara ▇▇▇▇ (Facebook: 1516770322)
**Sent** 2021-03-12 04:14:41 UTC
**Body** 😣😣 omg yes I do you fool!

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-03-12 04:15:28 UTC
**Body** Good thing I'll put ypur gun back now 🤣🤣

***

**Author** Tamara ▇▇▇▇ (Facebook: 1516770322)
**Sent** 2021-09-15 12:09:44 UTC
**Body** I didn't say all this to say you are a horrible person, if I thought that I wouldn't think about you at all. I do love you and want the very best for you, I know you are capable of being the so much better than the man child you have been being. I have issues too. Clearly. I have a lot to work oñ myself, which I am doing my best to work on. My communication skills are definitely lacking and my anger could use some help. I have insecurities and shame and feel disgraced and dishonored, the list could go on. I going to start going to therapy and see if something is really wrong with my brain. I truly don't like the person I am being. I don't like to be vicious and ugly. I like to be nice and caring and compassionate.i enjoy being a good person and going good works. That is just me.

**Author** Brian Jackson (Facebook: 100016480242815)
**Sent** 2021-09-15 12:22:36 UTC
**Body** I love you so much tamara Marie I'm willing to change my man child ways which I should've never had you are a dream come true to me and I should've never let my anger out on you I know the steroids plays a big role in my anger it's not the person I am I am a passive man that is passionate about loving you I am sorry we went through tbis and I can only hope we do get married on the beach in that white linen I am willing to stand by your side with everything that you need even therapy or whatever I believe we can make it if we both make changes I am severely hurt over my own actions that transpired especially around your family which I loved very much I felt like I was apart of them before I fucked everything up I wanna marry you tamara I'm begging you to let me change back to the scotty you love I am not chris or any other man I am real about what I want to change I want to give you the world you deserve you are my love and your worth every thing or every struggle we go through ! I am going g to look at a house today if you want to be a part of it let me know you can put your name on it with me you don't have to move in right now I can bring Eric in to help me untill you come back please let's help eachother

**Author** Tamara ▇▇▇▇ (Facebook: 1516770322)
**Sent** 2021-09-15 11:28:34 UTC
**Body** I know you think this is so easy for me because I'm capable of being cold, it's just a defense mechanism. I'm saddened by the events of the past year and yes that Includes Chris. I wanted someone that I didnt have to babysit all weekend bc he is drunk or drugged. It got old after 6 years, plus the physical abuse got worse and worse and my glasses are a reminder of why I can never go back. You think I went there to fuck him for a week because you truly think I'm a whore. I went there because I hadn't seen him in 4 years and yeah pretty words are just that, pretty with no substance. I had to see for myself if he was getting high, living a decent life, getting his shit together. He was not. He was given an ultimatum and he isn't in Texas so that's a wrap. I can't help that you came along when I wasn't over him, that I was honest with you about how I felt. I shouldn't have allowed him back in after I quit talking to him but like you I was weak. You were going off to rhinos every weekend getting drunk. Who knows what you were doing?! You forget that I was. Over there every weekend for years so I know what the fuck goes on. I know what whores they are and how they like to fuck women other than their wives and brag about it. Lots of things have given me reason to have suspicions, but I trusted you. You never forgave me for that trip, it is apparent because you continue to think I just went to fuck for a week because I'm a whore. I'm tired of being called a whore when I barely have sex with you because I don't really like sex. I really have to care about you to have sex, it's just part of me healing my previous wounds. I bought you that white linen outfit because you said you always wanted one and never had one. I was hoping you would marry me in that outfit on the beach. But it seems like all our plans are ruined. Your friends and family hate me and my family hates you.. We have damaged each other and everyone around us. One thing you can do to make it up to me is replace the shit you broke. Idgaf if it's the same bottle of perfume but I fully expect a new bottle. It would be awesome if my purse didn't smell like dos Equis but I'll buy myself a new purse, I'm sure they are out of your price range. I'll replace all the things in my purse you broke, no worries. Name one thing I broke out of yours out of anger.... I'll wait. It's not easy for me to turn away from you when all I want is to lay in your arms and be held, I'm scared and overwhelmed and anxious about caring for my mom and I'm exhausted from waking up every few hours to change her, which isn't an easy task. I know you think. Just a loser pothead bartender and that is fine. I don't know why you would want to be with someone you think so little of. None of it makes sense to me. Yes I've said some nasty things but guess what... You deserved it! You made a whole fucking baby and. Expect me to just look past it. You continue secretly speaking to her behind my back and lied about what was being spoken about! I read her half of the conversation!! Your mom playing the mega cunt two faced snake she has always been is nothing new but someone needs to warn Dorian that she is full of shit and never going to be there for that kid. I don't know how to move forward from all this. I'll never feel welcome in their home again, I will never want anything to do with any of them ever again and I don't have to. I don't understand why they would pretend to like me just to treat me like shit. Back stabbing ass bitches. All of them. I've had y'all's nephew for 5 months and he is 17 now and they didn't even say happy birthday to him so clearly they don't give a fuck about him. He is mine now. Gonna change his last name to Perryman. I'll probably fuck him up like I've done with Skye, I know. You told me you have no money because you've been spending it on me every weekend, well you should save plenty of you plan to do what you say.. We will see. I love you Scott and I hope this isn't another of your well intentioned lies.