Uncle Scott AKA Brian,

I'm Alyssa one of Scott's nieces. For as long as i can remember uncle Scott has always been a big family man. He has five children one of which he just had she's only 6 months old. He has several grand baby's, 4 brothers and many nieces and nephews. He would do absolutely anything for anyone of his family members no matter how big or small. I have always been told to never judge a book by its cover. He may look a little rough around the edges but on the inside he is very kind and caring and he is very patriotic. Just like Adam he would do anything for his country and what he believes in. I believe at the January 6th event he went fully intending it to be a peaceful protest for something he fully supported and believed in. I think it turned into something crazy and he got drug into it by the many many people surrounding him and Adam. A horrible case of wrong place at the wrong time. Since this day he has returned to his normal life until this past Tuesday when everything turned upside down. He is not a terrorist or a threat to this country that he cares so greatly about. If y'all allow him out on bail i have full belief that he will be there for every court date and every check in that he needs to be there for. I don't believe he is a risk or a danger to his community. He just needs to be home with his fiancé and family.

Thank you