Dear Judge,

I met Brian about two years ago, he was volunteering with the group I am part of, through his girlfriend Tamara. We serve the underserved and homeless in the Katy community. Some of our work includes repairing homes damaged by natural disasters such as the freeze of January 2021 and Hurricane Harvey. Brian and I replaced an electrical panel for an elderly woman in need. He paid for it out of pocket! Almost $700 in parts, he didn't ask for reimbursement he just did what was needed for this woman. While replacing the panel he and I had the chance to chat and get to know each other a bit. Mr Jackson seems to have made some poor decisions in the past but he seems to be working hard to be a different man. I know him and his then girlfriend were preparing to purchase her parents house and get married. They had plans and goals and were doing so well. Please consider giving Mr Jackson a chance to return to the life he has been building. Thank you for your time.

Sincerely,
Bob Faulk