Hello, I'm Adam Jackson jr, Brian Jackson's nephew. Mr.Brian my uncle has always been there for my family and friends no matter the situation, showing up every other day to work out with me and push me to better my self in sports and get stronger. There was never a time Brian walked in my house and my lil siblings run to him giving him hugs and kisses seeing him as another dad. My uncle is a big impact to my family, his fiancé, and his new born baby as they need his help to support and provide for them. Mr. Jackson has never threatened or harmed me, ever, in fact it's been completely opposite. He is more then a uncle to me. Our relationship to me feels like how a brothers relationship would be. As he is freshly engaged I feel Mr.Jackson deserves to support her as much as he possibly can.