To whom it may concern:

We are the parents of Brian Scott Jackson and we are writing this letter to tell you that Brian has been our mainstay for years now. He has helped run our company, taken us to doctors appointments and helped run our household as we are elderly and in poor health.

Brian is the center of our family, always in charge of getting our family occasions arranged . He is the most family orientated, dependable and loving son that you could ask for. His  being away has left a great hole in our lives and we are lost without his help and his loving attention and companionship..

Brian goes to work  every day with a positive attitude. He is the face of our company , He  is very well liked with the customers.. He has the best sense of humor and is always one to put anyone at ease  in any situation.

Brian has 6 children, one being only 9 months old. He has 4 grandkids that miss him every day.
He is a good man and one that we are proud to call son.  He was in the process of buying a home and planning a wedding, he has  secure job and a great outlook on his future.

Sincerely,
James and Nedra Jackson