

To Whom it may concern:

Brian Scott Jackson has a postion with Aim High Electric for employment for as long as he needs it.

Sincerely,
Jim Jackson