To whom it may concern,

My name is Sarah Jackson. My dad is Brian Jackson. I believe my dad deserves to be let out on bond. My dad is an amazing father, uncle, brother, friend, son..etc. he is the kindest person I've ever met. By the looks of it my dad fits the part of an inmate, a person who only looks for trouble. He is quite the opposite. He does everything he can to not get himself in trouble. He is a FAMILY MAN. He has his friends but 80% of the time he is with his family. We have family dinners every week. We always get together for every holiday. He goes to work everyday and either goes home to his fiance or he goes home to take care of his elderly parents. Even though my mom and dad have been divorced my whole life, it has never stopped my father from being in my life and talking to me everyday. Before he was arrested he was planning his wedding it was only a month away. My dad is not a terrorist and he is not a threat to society. He will pull over and help any stranger in need of anything. I've seen him help a stranger pulled over on the side of the road in the rain just to help push their car to a gas station. We have such a big family and it isn't complete without my dad there. I miss him so much and I pray you please take mercy on my father and send him home to fight his case.

Thank you so much

-Sarah Jackson. Daughter of Brian Jackson