To whom it may concern:

My name is Bruce, I met Mr Brian Jackson approximately 3 years ago. Over the past three years I have seen Mr Jackson volunteer his time and resources to help those in his community that are underserved along with his wife Tamara. Ive seen him pay out of his own pocket for parts that an elderly woman couldnt afford and desperately needed to fix her houses electrical issues. He plays with my grandkids every time he sees them, always has a smile on his face. I dont know about his past, I only know about the man he is today and in my opinion he is a fine man with morals and values that you dont see every day. I beg the court to find leniency in your heart for this man and his family. The are in mourning over the passing of Tamara's mom and havent even had a chance to properly grieve. I beg the court to grant bond to Mr Jackson so he may get back to taking care of his wif and family.

Sincerely,
Bruce Rankin