To whom it may concern:

Scott's parents Jim & Susie Jackson moved next door to us several years; both are parents of 5 young men who frequently visited their parents. Scott periodically would live with them; we have come to not only know him but have gained considerable respect for him.

Scott is a very hard worker & has helped his father quite often in the electrical craft. Scott is well spoken (we have never heard him use profanity), friendly and willing to help anyone in need. We have "never" heard him disrespecting anyone. Yes, Scott is a very strong Conservative & Republican but has never been heard by us defaming or degrading our Country or Government. We are saddened about what happened on Jan 6th and heard Scott was arrested for being there. Knowing Scott the way we do we find it extremely hard to believe Scott was there to harm anyone or cause damage to our great Capital.

We honestly believe that Scott was at the wrong place at the wrong time and only meant to express his Constitutional right of "Freedom of Speech".

Scott should be considered being released and pardoned from the charges he is facing. We don't fully understand what he is being charged with and why.

Scott is a good man and contributes in a "positive" manner to our Society. Please consider releasing Scott so he can return home to his family and friends. He's paid the price enough by being in jail this long for Protesting at the Capital.

Thank you,

Charlie Vasek