UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.   1:22-CR-230 (RC) |
| | : | |
| **BRIAN SCOTT JACKSON,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## UNITED STATES' MOTION TO APPEAR VIRTUALLY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests permission from the Court to appear virtually for the Status Conference presently scheduled for November 3, 2023 at 11:30 AM.

1) There have been a number of Status Conferences in this matter since the Undersigned Counsel for the United States became involved in the case, most of which have been conducted via Zoom.

2) The Undersigned Counsel, the sole A.U.S.A. presently assigned to this matter, is based in West Virginia.  Accordingly, attendance at a hearing in the District of Columbia involves a flight or a long trip by car.

3) The Undersigned was planning to attend the above-referenced hearing in person on November 3rd.  The Undersigned had a sentencing hearing in another case that was scheduled for that same day.  Unfortunately, the other hearing was recently rescheduled (to November 9th) for reasons appearing to the court.

4) The Undersigned has another sentencing hearing in a third case on November 17th.

1

5) It will be necessary for the Undersigned to travel to Washington, D.C., to handle the sentencing hearings on the 9th and 17th.

6) The United States respectfully requests that the Court permit the Undersigned to appear virtually for the above-referenced Status Conference for the reason that it will be very difficult for the Undersigned to make three trips to Washington, D.C. in as many weeks.

7) The Undersigned has been able to consult with one of the Defense Counsel in this case, and he does not oppose the instant request.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:   /s/ David J. Perri
    David J. Perri
    WV Bar Number: 9219
    Assistant United States Attorney Detailee
    United States Attorney's Office
    Northern District of West Virginia
    1125 Chapline St., Suite 3000
    Wheeling, WV 26003
    (304) 234-0100

## CERTIFICATE OF SERVICE

I, David J. Perri, Assistant United States Attorney for the District of Columbia, hereby certify that the foregoing UNITED STATES' MOTION TO APPEAR VIRTUALLY has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the following:

John Machado, Esq.
Law Office of John Machado
503 D. Street, NW
Washington, D.C. 20001


Dated: October 25, 2023

By:   /s/ David J. Perri
     David J. Perri
     WV Bar Number: 9219
     Assistant United States Attorney Detailee
     United States Attorney's Office
     Northern District of West Virginia
     1125 Chapline St., Suite 3000
     Wheeling, WV 26003
     (304) 234-0100