# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 22-CR-230 (RC) |
| BRIAN JACKSON, | : |
| Defendant. | : 18 U.S.C. § 111(a)(1) <br> (Assaulting, Resisting, or Impeding Certain Officers) |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, **BRIAN JACKSON**, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting

in the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.8 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *BRIAN JACKSON's Participation in the January 6, 2021, Capitol Riot*

8. BRIAN JACKSON (the defendant) lives in Katy, Texas. On January 4, 2021, prior to his traveling to Washington, D.C., he texted the following message:

> Gonna be a crazy ride tomorrow all kind a shits gonna go down on the 6th they are saying a civil unrest is gonna happen I can't fuckin wait !! Goin down with my boots on !!

9. On January 5, 2021, defendant traveled from Texas to Washington, D.C., via plane with his co-defendant/brother and a friend. The purpose of the defendant's trip to Washington, D.C., was to protest Congress' certification of the Electoral College.

10. On January 6, prior to leaving his hotel room to go to the Capitol, BRIAN JACKSON posted on Facebook a photo of himself and his brother consuming hard alcohol. Comments on this post included "Stop the steal" and "Go getem guys !" BRIAN JACKSON responded to the latter comment, saying "hell yeah it's gonna be epic !!!"

11. On January 6, all three individuals attended the "Stop the Steal" rally. Later on that afternoon, they went to the Capitol. While on the West Plaza of the U.S. Capitol, they interacted with other rioters.

12. While on the West Plaza, BRIAN JACKSON recorded a video and posted it to his Facebook account. In the video, his brother appears to be holding a police riot shield. BRIAN JACKSON can be heard saying "Adam got a god-damned shield, stole it from the fucking popo!"

13. At about 4:00 PM, the trio ascended to the Lower West Terrace of the Capitol building. In a video recorded by BRIAN JACKSON while they were at that location, his brother makes the following statements to several rioters heavily outfitted in tactical military gear who were filing by: "Are we going in? We got your back; let's go. Hey, you know what – if one goes, we all go." BRIAN JACKSON chimes in saying, "We will follow; that's for sure."

14. At about 5:00 PM, BRIAN JACKSON was in the midst of a crowd of rioters that had gathered on the Lower West Terrace. He can be seen in various videos wearing a black Harley Davidson hoodie, bandana face mask, red Trump toboggan hat, and a cape improvised from a blue Trump flag.

15. At that time and location, police officers, including officers from the USCP and the Metropolitan Police Department (MPD) assembled at the mouth of the Lower West Terrace of the Capitol building, at an arched entrance to a passageway that led to the interior of the building ("the tunnel"). The officers in the tunnel were fending off rioters who were attacking and attempting enter the Capitol building by way of that entrance. Seconds after his brother rammed the police line at the mouth of the tunnel with a stolen police shield, BRIAN JACKSON, standing on the steps leading to the tunnel entrance, threw a long, light-tan-colored flagpole with attached American flag at the officers in the tunnel.

16. After the riot, in the early evening of January 6th, BRIAN JACKSON sent text messages in which he expressed his pride in regard to having participated in the violence at the Capitol, including the following messages:

@ 6:51 P.M. - Oh shit ■ you have no idea we just fought those hoe ass traitor cops

@ 6:52 P.M - We fought hard inside the capital we are soldiers we fought for America today we made history today !!!

@ 6:54 P.M. - We love our president and we stood up for America today be proud we did it and fuck these hoe ass cops that are traitors we fucked that capital up today !!!

17. Subsequent to January 6th, BRIAN JACKSON "unsent" several messages in which he was bragging about his participation in the riot. He also sent multiple messages asking others to delete videos and messages he had sent to them. He admitted deleting one of his Facebook accounts because it contained pictures from his participation in the riot.

### *Elements of the Offense*

18. The parties agree that Assaulting, Resisting, or Impeding Certain Officers, a violation of Title 18 U.S.C. §111(a)(1) requires the following elements:

First, the defendant assaulted, resisted, opposed, impeded, intimidated, or interfered with officers from the United States Capitol Police and the Metropolitan Police Department;

Second, the defendant did such acts forcibly;

Third, the defendant did such acts voluntarily and intentionally;

Fourth, the person(s) assaulted, resisted, opposed, impeded, intimidated, or interfered with was an officer of the United States who was then engaged in the performance of his official duties or was assisting officers of the United States who were then engaged in the performance of their official duties; and

Fifth, the defendant made physical contact with the officer(s), or acted with the intent to commit another felony.

### *Defendant's Acknowledgments*

19. BRIAN JACKSON knowingly and voluntarily admits to all the elements of 18 U.S.C. § 111(a)(1) as set forth above. Specifically, the defendant admits that he threw a flagpole with attached flag at law enforcement officers in the Lower West Terrace tunnel, including USCP officers and/or MPD officers. The defendant further admits that he knew that, on January 6, 2021, the police officers in the tunnel were engaged in the performance of their official duties, and that his actions described in this paragraph were motivated by their status as police officers. The defendant further admits that, when he engaged in the conduct described in paragraph 15, he did so with the intent to commit another felony, that is a violation of 18 U.S.C. § 231(a)(3).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ David J. Perri
David J. Perri
Assistant United States Attorney
WV Bar No. 9219

## DEFENDANT'S ACKNOWLEDGMENT

I, **BRIAN JACKSON**, have read this Statement of the Offense and have discussed it with my attorneys, John Machado and Carolyn Stewart. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 2-28-24

_____
**BRIAN JACKSON**
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 2/28/24

_____
John Machado
Attorney for Defendant

Date: 2-28-2024

_____
Carolyn Stewart
Attorney for Defendant