CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                            )
         vs.              )    Criminal Case No.: 22-230 (RC)
                            )
BRIAN SCOTT JACKSON      )
                            )
                            )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_____

Defendant

_____

Counsel for Defendant

I consent:

_____

Assistant United States attorney

Approved:

_____        Date: February 28, 2024

Hon. Rudolph Contreras

United States District Judge