**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  22-230 (RC) |
| | : | |
| BRIAN SCOTT JACKSON, | : | |
| | : | |
| Defendant. | : | |

<u>**SENTENCING SCHEDULING ORDER**</u>

It is hereby **ORDERED** that the following schedule shall govern the sentencing

proceedings in this case:

1.  sentencing in this matter is set for **August 6, 2024 at 10:00 a.m.** in Courtroom

    23A;

2.  the probation officer assigned to this case shall disclose the draft pre-sentence

    investigation report to the parties no later than **June 28, 2024**;

3.  counsel shall submit objections (if any) to the draft pre-sentence investigation

    report to the probation officer no later than **July 12, 2024**;

4.  the probation officer shall disclose to the parties and file with the Court the final

    pre-sentence investigation report no later than **July 19, 2024**; and

5.  any party wishing to submit a memorandum in aid of sentencing must do so no

    later than **July 29, 2024**, with all responses (if any) due by **August 1, 2024**, and

    all such memoranda and responses thereto must cite to supporting legal authority.

    **SO ORDERED**.

Dated:  February 28, 2024                                        RUDOLPH CONTRERAS
                                                                United States District Judge