**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 1:22-CR-00230 (RC) |
| ) | |
| **BRIAN JACKSON,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF FILING DOCUMENT NOT IN A FORMAT ABLE TO BE FILED ELECTRONICALLY

Comes now the Defendant, BRIAN JACKSON, by and through undersigned counsel, and respectfully provides Notice pursuant to local U.S. District Court for D.C. rule LCrR 49(e)(1) that he has delivered to the Court clerk a video exhibit to his sentencing Memorandum, and states the following:

Mr. Jackson's video exhibit of family and friend's character support cannot be uploaded in the Court's electronic filing system. As such, he has delivered to the Court deputy a drive for use in viewing the video. The government confirmed that it will make a USAfx folder available for exhibits. Once given upload permission (estimated as perhaps tomorrow by the government), Mr. Jackson's video will be uploaded by the undersigned.

## CONCLUSION

WHEREFORE, since Mr. Jackson has provided proper notice of the exhibit according to the Court's local Rules, and will provide the exhibit to the government via its preferred means when given permission to upload. Because he followed the required procedures, the Court should accept Mr. Jackson's video as part of his sentencing memorandum.

| | |
|---|---|
| Dated July 29, 2024 | Respectfully Submitted, |
| /s/ John L. Machado | /s/ Carolyn Stewart |
| John L. Machado, Esq. | Carolyn Stewart, Esq. |
| Bar No. 449961 | D.D.C. Bar No. FL0098 |
| Counsel for Brian Jackson | Counsel for Brian Jackson |
| 503 D Street, N.W., Suite 310 | Stewart Country Law PA |
| Washington, DC 20001 | 1204 Swilley Rd. |
| Telephone: (703) 989-0840 | Plant City, FL 33567 |
| E-mail: johnlmachado@gmail.com | Telephone: (813) 659-5178 |
| | Email: Carolstewart_esq@protonmail.com |

## CERTIFICATE OF SERVICE

I hereby certify on the 29th day of July, 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Carolyn Stewart
Defense Attorney