**EXHIBIT - Brian Scott Jackson and his Best Friend's Wedding**



**Groomsman Brian and his best friend, the Groom**



**Brian in the Wedding Party**



**Brian and his best friend, the Groom, at the wedding reception**