**Exhibit - Brian Jackson's Video Visit with his Baby Daughter June 2022**



**June 2022 Was the Last Month Brian Saw His Baby Daughter**