# Support Letter Exhibits

Jaime Jackson
Katy, TX

July 23, 2024

United States District Court for the District of Columbia
Attention: Honorable Judge Richard Contreras
E. Prettyman Courthouse
Washington, D.C. 20001

Support Statement for Brian Jackson, Case 1:22-cr-230

Dear Judge Contreras,

    You may remember me as Adam's wife, begging for leniency for my husband, but I am also Scott's sister! As long as I have known Adam, Scott has been in our life. As a brother and an uncle, he has been heavily involved. Adam and Scott are the closest of their family, Scott has traveled down a much different path over the years, but it doesn't change who he truly is. Adam and Scott did not go on this trip looking for trouble, while it ended up being a trip filled with bad decisions, due to the heavy drinking, I feel that they both have learned their lesson and deserve to be home and carry on their life. Scott has family out here that miss him dearly, our family has missed him the last two Thanksgivings, two Christmas's, and almost 3 full birthdays come August. He has kids, grandkids and crazy enough a toddler that have missed him the past 3 Father's Day, Grandparents day, and would love to have him back in their daily lives.

    Please give him the chance to come home and be with all of us as he's so truly deserves.

Most sincerely,

Jamie Jackson
(Adam's wife/Scott's sister)

Patrick Bierschwale
Katy, Tx

7/12/2024

United States District Court for the District of Columbia
Attention: Honorable Judge Richard Contreras
E. Prettyman Courthouse
Washington, D.C. 20001

Support Statement for Brian Jackson, Case 1:22-cr-230

Dear Judge Contreras,

I humbly ask for the Court to grant leniency to Brian. Mr. Jackson has been incarcerated for some time and we would love Brian to be released for his time served. Brian is a loving family man that has helped me and our family out numerous times over the years. There are two instances in particular that incapsulate Brian as a person.

First, I think our community following Hurricane Harvey. Brian was out there in the forefront saving countless families from the flood waters. His actions didn't stop with the rain. For weeks after the storm, Brian was tirelessly helping out his neighbors with clean up and repairs. Never once did Brian stop to consider what was in it for him. He only had the safety and well being of his community in mind.

The second scenario was when the pandemic hit. I was struggling with my family and business. My life seemed hopeless, and I was at the end of my rope. A chance meeting at the grocery store with my old friend Brian changed my life. He stopped everything he was doing in his life, sat with me at the coffee counter. For over an hour Brian listened and poured encouragement into me. It is safe to say that he saved me, my family, and my business that day. He is a great friend and the type of person that you can count on.

Brian has been around my family and children for most their lives. We feel safer when Brian is around, and we feel like he holds together our families and community. He is always welcoming to all people both at his workplace and in his personal life. I believe that his actions were nothing more than a series of poor decisions fueled by alcohol. He's generous with time supporting the family, is a conscientious worker, loves his family, loves America, is highly reputable in all his work and support to the family business.

Continuance of the incarceration of Mr. Jackson would be detrimental to his family and myself. Brian is a provider, protector, and servant to his friends and family. We need him with us in our lives.

Most sincerely

*[signature]*

Lala Sanders
Inverness, Fl
July 11, 2024

United States District Court for the District of Columbia
Attention: Honorable Judge Richard Contreras
E. Prettyman Courthouse
Washington, D.C. 20001

Support Statement for Brian Jackson, Case 1:22-cr-230

Dear Judge Contreras,

   I am writing this letter to ask you to please consider being lenient in your Honor's sentencing, and to please release my friend Brian for the time he has already served.

   Any more time in jail keeps him away from us. He has already been away from his loved ones for over 700 days. Brian is being punished and is still in jail when he did not hurt anyone or anything on January 6, 2021.

   Brian is a true Patriot and loves his family and our country.
   Brian is a family man that stood up using his rights to protest his and our grievances.
   Has Brian made mistakes in the past, sure, we all have, but Brian remains a good man at heart and is ready to move on from all of this.

   Family and Friends are anxious to have him back home to work, and once again be a member of our community. He helps with fixing our cars, home repairs and making sure we are all doing well.

   We miss his cooking, baking, birthday and Holiday gatherings with family and friends.
 Please consider releasing Brian to come back home.

Respectfully,

*Lala Sanders*

7-11-2024

Kellie Kultgen
Waco, Texas

(07/14/2024)

United States District Court for the District of Columbia
Attention: Honorable Judge Richard Contreras
E. Prettyman Courthouse
Washington, D.C. 20001

Support Statement for Brian Jackson, Case 1:22-cr-230

Dear Judge Contreras,

I am writing to you today to ask for leniency in the sentencing and to please consider releasing Brian Jackson due to the time he has already served. While we understand poor decisions were made on January 6, 2021, he did not hurt anyone or anything that day. He has made bad choices in the past but is a good man at heart and deserves a chance to reunite with his family and friends and return to work so that he can support his family. So that he can regain his reputation as a great father, friend and citizen.

Brian has been a great family friend for many years and has been there for us in our times of need. He was the groomsman at our wedding and is always there when anyone needs a hand. Brian is always the first person to help someone move in the hottest part of the summer or the coldest of winters. He is the one friend you can call when your car won't start, or you need a few dollars to make it until pay day. He's the kind of man that will do without so that others can eat.

Brian is the provider for his family and has raised wonderful children. He loves his country and has the upmost respect for law enforcement. While we all understand he made what would only have been a drunkenly poor decision, we all need him home.

I ask that you consider the impacts any further incarceration will have on his family, friends, and community.

Respectfully,

Kellie Kultgen

To Whom it May Concern,

Hello, my name is Alicia Culbertson, I am writing in as a character witness for Mr. Brian Jackson. I have only known Mr. Jackson for a few years now, but in that time have come to call him a friend. I know he is a good husband, father, and grandfather who does everything possible to provide for his family. He gives back to his community when he can, and all in all is a good man.

Thanks,

*Alicia Culbertson*

Alicia Culbertson

To Whom it May Concern,

My name is Christopher Julian, I am writing to you as a character witness for Mr. Brian Jackson. I have been friends with Brian for many years, and has always been a good man, and a person I could count on when I need help from a friend. He goes to work everyday to provide for his growing family, has given back to his community, and all in all is an upstanding citizen.

Thanks,

Christopher Julian

Your honor…

I'm writing this on the behalf of Brian Scott Jackson.

I've known him for 25 plus years. And have watched him raise his kids and he helped me raise mine. He is an honest hard working American. And his family needs him home. I assure you. The world is a better place with him in it.

Thank you

Ryan oliveri