UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:22-CR-00230 (RC) |
| | ) | |
| BRIAN JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM

COMES NOW Defendant, BRIAN JACKSON, by and through undersigned counsel, and submits the following supplement to his sentencing memorandum. Attached hereto and incorporated herein is an additional letter of support from Sasha Duncan, a friend of Brian Jackson. The letter was received after the original sentencing memorandum was filed.

Dated August 4, 2024

Respectfully submitted,

/s/ John L. Machado
John L. Machado, Esq.
Bar No. 449961
Counsel for Brian Jackson
Law Office of John Machado
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com

/s/ Carolyn Stewart
Carolyn Stewart, Esq.
D.D.C. Bar No. FL0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Telephone: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 4th day of August, 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ John L. Machado, Esq.
Defense Attorney