Sasha Duncan
Cypress, TX

(7/31/2024)

United States District Court for the District of Columbia
Attention: Honorable Judge Richard Contreras
E. Prettyman Courthouse
Washington, D.C. 20001

Support Statement for Brian Jackson, Case 1:22-cr-230

Dear Judge Contreras,

I am writing to you in my capacity as a friend of the family, to advocate for Brian Jackson, whom I have known for around 10 years. It is an honor to vouch for their character and integrity in my time knowing him

Brian has always displayed qualities of honesty, integrity, and responsibility, both as my close friend and in his personal endeavors. I have hung around Brian so many times. Brian has always stood up for me and anyone around me. He has been loyal and done his best to live right in society. He is a family man who loves his children and is devoted to his wife. I don't believe that what happened on January 6, 2021 was who Brian really is. This was a drunken aberration and mistake that was made in the heat of the moment. Brian has a family and friends who love and support him and will guide him through this process and return to society with respect and hope.

Brian has made mistakes in the past but he remains a good man at heart who will move forward from this one day at a time and it will not be easy, but the support he will have is tremendous.

Most Respectfully,

<u>Sasha Duncan</u>